◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT LEE STANLEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Orleans

County Court, Miles, J.—attempted sodomy, first degree.) Present—Dillon, P. J., Callahan, Green, Balio and Lawton, JJ.